**E-Filing**

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
      150 South Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5595
7     Facsimile: (408) 535-5081
      joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

   *FILED SEP 29 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

   *RECEIVED SEP 29 2006*

10                         UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,      ) No. CR 06-70585 HRL
15 |         Plaintiff,             ) STIPULATION AND [PROPOSED]
   |                                ) ORDER CONTINUING PRELIMINARY
16 |   v.                           ) HEARING/ARRAIGNMENT AND
   |                                ) EXCLUDING TIME FROM RULE 5.1
17 | WILIAM CLINTON JONES,          ) AND THE SPEEDY TRIAL ACT
   |                                ) CALCULATION (18 U.S.C.
18 |         Defendant.             ) § 3161(h)(8)(A))
   |_____)
19

20     This matter is scheduled before the Court for a preliminary hearing or arraignment on
21 ~~October 4~~ October 12, 2006 before United States Magistrate Judge Trumbull. The parties now jointly
22 request that this matter be continued in order for the parties to explore a pre-indictment
23 resolution of this case, and for the defense to have an opportunity to receive and review
24 discovery. The parties jointly request a continuance until Thursday, October 19, 2006 before the
25 duty magistrate judge to allow defense counsel the reasonable time necessary to confer with his
26 client and discuss discovery materials in this case in order to effectively prepare, and also to
27 allow the parties to discuss a potential pre-indictment resolution of the case.
28     In light of the above, the parties agree, and the Court finds and holds, as follows:

STIPULATION AND [PROPOSED] ORDER
CR 06-70585 HRL

1.    The preliminary hearing or arraignment in this matter is continued to October 19, 2006 at 9:30 a.m. before the duty magistrate judge.

2.    Time should be excluded under Rule 5.1 from ~~October 4~~ October 12, 2006 to October 19, 2006 in order to allow defense counsel time to confer with his client and to review the discovery to be produced in this case. The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

3.    The time between ~~October 4~~ October 12, 2006 and October 19, 2006 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED: 9/28/06

/s/
PETER LEEMING
Attorney for Defendant Jones

DATED: 9/28/06

/s/
JOSEPH A. FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/29/06

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 06-70585 HRL