| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-70585 HRL |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| WILLIAM CLINTON JONES, | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

The undersigned parties respectfully request that the arraignment in the above-captioned case be continued from October 19, 2006 to November 2, 2006. The government recently provided discovery to Peter Leeming, and the parties are negotiating a pre-indictment resolution of the case. Therefore, the parties request that the arraignment be continued in order for Mr. Leeming to review the discovery and consult with the defendant. In addition, the parties request an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from October 19, 2006 to November 2, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of

| | |
|---|---|
| 1 | counsel. |
| 2 | SO STIPULATED: KEVIN V. RYAN |
| 3 | United States Attorney |
| 4 | DATED:_____ _____/s/_____ |
| 5 | SUSAN KNIGHT<br>Assistant United States Attorney |
| 6 | |
| 7 | DATED:_____ _____/s/_____<br>PETER A. LEEMING<br>Counsel for Mr. Jones |

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to November 2, 2006 at 9:30 a.m. before the Honorable Richard Seeborg. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from October 19, 2006 until November 2, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 10/18/06

_/s/ Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge